AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF   NEVADA

MICHAEL JOSEPH GEIGER,

    Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00448-RCJ-RAM**

SPARKS POLICE OFFICER #1,

    Defendant.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is **DISMISSED** for failure to state a claim upon which relief can be granted.

| | |
|---|---|
| October 20, 2010 | **LANCE S. WILSON** |
| | Clerk |
| | |
| | /s/ D. R. Morgan |
| | Deputy Clerk |